UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-6888-KK** | Date: | December 17, 2018 |

Title: *Cecilia Vasquez De Herrera v. Nancy A. Berryhill*

---

Present: The Honorable  KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed For Failure to Prosecute and Comply With Court Orders

## I.
## BACKGROUND

On September 19, 2017, Plaintiff Cecilia Vasquez De Herrera ("Plaintiff") filed a Complaint challenging the denial of her application for Disability Insurance Benefits and Title XVI Supplemental Security Income by the Commissioner of the Social Security Administration ("Defendant"). ECF Docket No. ("Dkt.") 1.

On September 20, 2017, the Court issued a Case Management Order ("CMO") setting various dates, including the date by which Plaintiff was required to serve her portion of a Joint Stipulation on Defendant and the date by which the parties were to file a Joint Stipulation with the Court. Dkt. 9.

On January 18, 2018, May 1, 2018, May 18, 2018, June 6, 2018, August 8, 2018, and October 9, 2018, the Court granted the parties' six stipulations for extensions of time to file the Joint Stipulation. Dkt. 15, 20, 22, 24, 26, 28. In the Court's October 9, 2018 Order granting the sixth stipulation, the Court advised "[n]o further extensions will be granted." Dkt. 28. Accordingly, Plaintiff was required to serve her portion of the Joint Stipulation on Defendant no later than October 15, 2018, and the Joint Stipulation was due to be filed on or before December 10, 2018. Id.

On November 27, 2018, Defendant filed a Notice of Nonreceipt of Plaintiff's Portion of the Joint Stipulation. Dkt. 30. As of the date of this Order, a Joint Stipulation has not been filed and the parties have not requested an additional extension of time to do so.

## II.
## DISCUSSION

Under Federal Rule of Civil Procedure 41(b), the Court may dismiss an action with prejudice for failure to prosecute or failure to comply with any court order. See Fed. R. Civ. P. 41(b).

Here, despite multiple extensions, Plaintiff has failed to serve her portion of the Joint Stipulation as ordered by the Court on October 9, 2018. Consequently, under Rule 41(b), the Court may properly dismiss the instant action with prejudice for failure to prosecute and comply with a court order. However, before dismissing this action, the Court will afford Plaintiff an opportunity to explain the failure and immediately serve her portion of the Joint Stipulation on Defendant.

## III.
## ORDER

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with court orders. Plaintiff shall have up to and including **December 31, 2018**, to respond to this Order. **Plaintiff is cautioned that failure to timely file a response to this Order will be deemed by the Court consent to the dismissal of this action with prejudice.**

**IT IS SO ORDERED.**